■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JAMES HILL, Appellant. [698 NYS2d 888] —Appeal by the defen-

dant from a judgment of the Supreme Court, Queens County (Demakos, J.), rendered January 9, 1997, convicting him of manslaughter in the second degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, there is no reasonable view of the evidence which would support a finding that he was not aware of the risk of death in holding a loaded shotgun with his finger on the trigger in close proximity to the victim to warrant a charge of criminally-negligent homicide as a lesser-included offense of manslaughter in the second degree (*see, People v Randolph,* 81 NY2d 868, 869; *People v Green,* 56 NY2d 427, 434; *People v Cameron,* 244 AD2d 350; *People v Ficaro,* 233 AD2d 460, 461; *People v Stephens,* 198 AD2d 245, *affd* 84 NY2d 990; *People v Williams,* 192 AD2d 737; *People v Jenkins,* 176 AD2d 348).

The sentence imposed was not excessive (*see, People v Suitte,* 90 AD2d 80). O'Brien, J. P., Krausman, Florio and Feuerstein, JJ., concur.